## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **6:23-po-5007-KLD** |
| **Plaintiff,** | **Violation: 9597170** |
| **vs.** | |
| **DIANA M. PETERSON,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed, and all future court dates are vacated.

Dated this 27th day of February, 2023.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge